FILED
OCT 15 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. )
)
BERNARDO UHLENDORF, )
Defendant. )

Case No: 2:26mj326
Court Date: October 23, 2026

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 10, 2026, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BERNARDO UHLENDROF, did unlawfully drive and operate a motor vehicle while under the influence of alcohol,

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266)

COUNT TWO
Misdemeanor – Violation Notice 09911536

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 10, 2026, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BERNARDO UHLENDORF, did knowingly and unlawfully drive and operate a motor vehicle while under the age of twenty-one (21) and after illegally consuming alcohol.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.1.)

Respectfully submitted,

Todd. W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

October 14, 2026

Date